**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| CITIMORTGAGE, INC., a New York Corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER S. SCHOLER, a single person; CYNTHIA A. SCHOLER, now known as CYNDIE LOU SNYDER, a single person; and CAROLE M. WIGHT, a single person, all as joint tenants,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:16-cv-05012-BHS<br><br>STATUS REPORT<br>(Fed. R. Civ. P. 26(f)) |

Plaintiff CitiMortgage, Inc., ("Citi"), by its respective attorneys, hereby files its joint status report pursuant to FRCP 26(f).

**1. Nature and complexity of the Case:** Citi's claims in this matter are for quiet title and declaratory relief relating to a deed of trust relating to real property commonly known as 18622 SE 14th Circle, Vancouver, WA that was not recorded upon execution, and now Citi is seeking a judgment permitting recording of a copy in lieu of an original to secure its interest pursuant to the corresponding loan/note from the defendant borrowers.  At this point, all defendants have been served and all have failed to enter appearances.  Citi will move for default and default judgment shortly.  Citi does not consider this to be a complex case.

**2. Proposed deadline for the joining of additional parties:**

**3. Consent to Magistrate:**

STATUS REPORT - 1
(3:16-cv-05012-BHS)

FIDELITY NATIONAL LAW GROUP
Columbia Center
701 – 5th Avenue, Suite 2710
Seattle, WA 98104
Tel: 206.223.4525 | Fax: 206.223.4527

**4. Discovery Plan:**

    A.    **Initial disclosures:**

    B.    **Subjects, timing, and potential phasing of discovery:**

    C.    **Electronically stored information:**

    D.    **Privilege issues:**

    E.    **Proposed limitations on discovery:**

    F.    **The need for any discovery related orders:**

**5. The parties' views, proposals and agreements related to items set forth in LCR 26(f)(1):**

    A.    **Prompt case resolution:** Citi does not view this case as complex, and believes it can proceed on a normal schedule.

    B.    **Alternative dispute resolution:** The parties have not engaged in settlement negotiations since no defendants have appeared.

    C.    **Related cases:** Citi is not aware of any directly related cases.

    D.    **Discovery management:**

        i)    **Anticipated discovery sought**:

    E.    **Phasing motions:**

    F.    **Preservation of discoverable information:**

    G.    **Privilege issues:**

    H.    **Model Protocol for Discovery of ESI:**

    I.    **Alternatives to Model Protocol:**

**6. Date by which discovery can be completed:** No date proposed since no defendants have appeared.

**7. Bifurcation:** Citi does not believe the case needs to be bifurcated for any purpose.

**8. Pretrial statements and pretrial order:**

**9. Individualized Trial Program or ADR options (LCR 39.2 and 39.1):**

**10. Other suggestions for shortening or simplifying the case:** None at this time.

STATUS REPORT - 2
(3:16-cv-05012-BHS)

**FIDELITY NATIONAL LAW GROUP**
Columbia Center
701 – 5th Avenue, Suite 2710
Seattle, WA 98104
Tel: 206.223.4525 | Fax: 206.223.4527

**11. Date the case will be ready for trial:** Citi will move for default and default judgment against all defendants shortly.

**12. Jury or non-jury trial**: Citi does not request a jury trial.

**13. The number of trial days required**: 1.

**14. Trial counsel:** For Citi: Daniel A. Womac, Fidelity National Law Group, Columbia Center, 701 Fifth Avenue, Suite 2710, Seattle, WA 98104; tel.: 206-224-6005.

**15. Dates on which trial counsel may have complications to be considered in setting a trial date:**

**16. Issues regarding defendants not yet served:** All defendants have been served.

**17. Scheduling conference:** Citi does not request a scheduling conference before the Court enters a scheduling order in this case.

**18. Filing dates of disclosure statement for non-governmental corporate party:**

**19. Judiciary's Pilot Project on Cameras in the Courtroom:** Citi does not consent to having hearings in this case video recorded as part of the Judiciary's Pilot Project on Cameras in the Courtroom.

DATED: April 7, 2016.                FIDELITY NATIONAL LAW GROUP

By: *s/ Daniel A. Womac*
Daniel A. Womac, WSBA # 36394
Columbia Center
701 – 5th Avenue, Suite 2710
Seattle, WA 98104
Tel:     (206) 224-6005
E-Mail: Daniel.Womac@fnf.com
*Attorneys for Plaintiff CitiMortgage, Inc.*

STATUS REPORT - 3
(3:16-cv-05012-BHS)

**FIDELITY NATIONAL LAW GROUP**
Columbia Center
701 – 5th Avenue, Suite 2710
Seattle, WA 98104
Tel: 206.223.4525 | Fax: 206.223.4527